AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| STEVEN XIGOROS | ) Case No. 1:21-cr-10283-NMG-1 |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   STEVEN XIGOROS                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

Defendant booked a flight to Athens, Greece which is scheduled to depart on September 16, 2022. Defendant's conditions of release only permit national travel and he has failed to notify the Probation Office or the Court of this intended travel.

Date: 09/15/2022

/s/ Christine M. Lima
*Issuing officer's signature*

City and state:   Boston, Massachusetts

Christine M. Lima, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 09/15/2022 , and the person was arrested on *(date)* 09/16/2022
at *(city and state)* Newark, NJ .

Date: 09/19/2022

*Arresting officer's signature*

Brendan M. Donlan / Special Agent FBI
*Printed name and title*